# EXHIBIT C

Exhibit C

10/31/2017 3:26 PM
Chris Daniel - District Clerk Harris County
Envelope No. 20421900
By: Brittany Hall
Filed: 10/31/2017 3:26 PM

CAUSE NO. _____

| | | |
|---|---|---|
| EDUARDO MERCADO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ELAM JALEEL MUHAMMAD | § | ____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** Plaintiff EDUARDO MERCADO complaining of ELAM JALEEL MUHAMMAD (hereinafter "Defendant MUHAMMAD"), and for cause of action would respectfully show:

### I.

Plaintiff intends to conduct discovery under Level II, pursuant to 190.3 of the TEXAS RULES OF CIVIL PROCEDURE.

### II.

Plaintiff EDUARDO MERCADO is a resident of Harris County, Texas. The last three numbers of Plaintiff's Texas driver's license number are 579, and the last three numbers of his social security number are 367.

Defendant ELAM JALEEL MUHAMMAD is a "non-resident" individual as that term is defined and understood under §17.041 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE. Accordingly, for purpose of securing service of process on Defendant MUHAMMAD, the Plaintiff pleads and will prove the following:

a.   Defendant MUHAMMAD was the operator of a vehicle involved in an automobile accident on April 5, 2016 in this state; and

**Plaintiff's Original Petition and Requests for Disclosure**

- 1 -

b.   At the time of the institution of this litigation, Defendant MUHAMMAD was a "non-resident" as that term is defined and understood under §17.041 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE.

Accordingly, pursuant to §17.062 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, the Chair of the Texas Transportation Commission is the agent for service of process on Defendant MUHAMMAD and service on Defendant MUHAMMAD may be obtained by serving the Chair of the Texas Transportation Commission at 125 E. 11th Street Austin, Texas 78701-2483.

Notice to Defendant MUHAMMAD of service of process on the Chair of the Texas Transportation Commission may be made, pursuant to §17.063 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, by mailing a copy of the process and notice that the process has been served on the Chair by registered mail or certified mail, return receipt requested to Defendant MUHAMMAD at 417 Westermoreland Avenue, Lansing, Michigan 78915.

This incident occurred in Harris County, Texas.

## III.

Damages sought are within the jurisdictional limits of this Court. Plaintiff seeks monetary relief of over $100,000, but not more than $200,000.

This Court has jurisdiction and venue is proper in Harris County, Texas pursuant to Tex. Civ. Prac. & Rem. Code §15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

## IV.

On or about April 5, 2016, Plaintiff was traveling southbound on Smith Street in Houston, Harris County, Texas. Plaintiff proceeded through the intersection on a green light. Suddenly and without warning, Defendant, who had been traveling on Dallas Street, ran a red

light, failed to yield the right of way, and collided with the Plaintiff's vehicle. As a result of the

incident, Plaintiff sustained serious personal injuries.

**V.**

On the occasion in question, Defendant violated his duty to exercise ordinary care in the

operation of the motor vehicle and was negligent in one or more of the following particulars:

(a)     in failing to control the speed of his vehicle;
(b)     in failing to take proper evasive action;
(c)     in failing to timely apply the brakes to the vehicle he was driving;
(d)     in failing to apply sufficient force to the brakes to avoid the collision;
(e)     in failing to avoid the collision;
(f)     in failing to maintain a proper lookout;
(g)     in failing to drive in a reasonably attentive manner;
(h)     in failing to maintain control of his vehicle
(i)     in failing to maintain a single marked lane;
(j)     in failing to abide by traffic signals; and
(k)     in failing to exercise ordinary care as a reasonably prudent person would have
        done under the same or similar circumstances.

Each of these acts or omissions, singularly or collectively, constituted negligence, which

proximately caused the occurrence made the basis of this suit and the resulting injuries and

damages to Plaintiff.

**VI.**

All of the facts stated in this pleading are incorporated herein as if fully set forth. The

actions, conduct and/or omissions of the Defendant were a violation of state law and/or local

regulations and/or ordinances and as such constitute negligence per se.

**VII.**

As a direct and proximate result of the aforementioned acts and omissions of negligence

by the Defendant, Plaintiff sustained the following damages for which he is legally entitled to

recover:

1.      Necessary and reasonable medical expenses, past and future;
2.      Physical pain and mental anguish, past and future;
3.      Physical impairment, past and future;
4.      Disfigurement, past and future;
5.      Loss of income and reduced wage earning capacity, past and future;
6.      Property Damage; and
7.      Pre-judgment interest and costs of Court.

If it be found that Plaintiff was suffering from any predispositions, conditions or bodily infirmities prior to the date of the collision, Plaintiff would show unto the Court and jury that the same was neither disabling nor painful, but that as a result of the injuries suffered by Plaintiff on such occasion, and the effects thereof, the same had been incited, accelerated, and aggravated to such an extent that they have now become painful and disabling as described herein.

## VIII.

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose the information and material described in Rule 194.2 within fifty (50) days of the service of this request.

## IX.

Please take notice that, pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, for purposes of self-authentication, any and all documents produced by Defendant to Plaintiff in response to written discovery will be used against Defendant at any pretrial proceeding or at trial.

## X.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein; that upon trial hereof, Plaintiff has judgment of the Court against such Defendant in a total amount of money substantially in excess of the minimum jurisdictional limit of this Court, together with prejudgment and post-judgment interest as provided by applicable

laws; for all costs of court; and for all such other and further relief, both general and special, legal and equitable, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

**THE CRIM LAW FIRM, P.C.**

/s/: *Wade D. Moriarty*

Wade D. Moriarty
Texas Bar No. 00789503
4900 Travis St.
Houston, Texas 77002
(713)-807-7800 Telephone
(713)-807-8434 Facsimile
Wade@TheCrimLawFirm.com

**ATTORNEY FOR PLAINTIFF
EDUARDO MERCADO**

**Plaintiff's Original Petition and Requests for Disclosure
- 5 -**

10/31/2017 3:26:18 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 20421900
By: HALL, BRITTANY
Filed: 10/31/2017 3:26:18 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED _____

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>_____<br><br>Address:<br><br>_____<br><br>City/State/Zip:<br><br>_____<br><br>Signature:<br><br>_____ | Email:<br><br>_____<br><br>Telephone:<br><br>_____<br><br>Fax:<br><br>_____<br><br>State Bar No:<br><br>_____ | Plaintiff(s)/Petitioner(s):<br><br>_____<br>_____<br><br>Defendant(s)/Respondent(s):<br><br>_____<br>_____<br><br>[Attach additional page as necessary to list all parties] | ☐ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br>_____<br><br>Non-Custodial Parent:<br>_____<br><br>Presumed Father:<br>_____ |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: | | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

10/31/2017 3:26:18 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 20421900
By: HALL, BRITTANY
Filed: 10/31/2017 3:26:18 PM

# CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.   NAME: _____

     ADDRESS: _____

     AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
   ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication:   ☐ **COURTHOUSE DOOR,  or**
                             ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

*********************************************************************************************
****

2.   NAME: _____

     ADDRESS: _____

     AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
   ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication:   ☐ **COURTHOUSE DOOR,  or**
                             ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____   TEXAS BAR NO./ID NO.   _____

MAILING ADDRESS: _____

PHONE NUMBER: _____   _____   FAX NUMBER: _____   _____
                area code              phone  number                              area code        fax  number

EMAIL ADDRESS: _____

CIVCI08 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____  AMENDED PETITION
_____  SUPPLEMENTAL PETITION

COUNTERCLAIM
_____  AMENDED COUNTERCLAIM
_____  SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____  AMENDED CROSS-ACTION
_____  SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____  AMENDED THIRD-PARTY PETITION
_____  SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____  AMENDED INTERVENTION
_____  SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____  AMENDED INTERPLEADER
_____  SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO:  _____
                           (specify)

    MOTION TO:  _____
                           (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Unofficial Copy Office of Chris Daniel District Clerk

CIVCI08 Revised 9/3/99

11/7/2017 12:28 PM
Chris Daniel - District Clerk Harris County
Envelope No. 20557699
By: Lisa Thomas
Filed: 11/7/2017 12:28 PM

*J. Stephen Crim II*

*Jonathan Kieschnick\**

*Wade Moriarty\**

*Joshua Chambers*

*Nicholas L. Ware*

*Stephany Duque Aguilar*

*Nydia S. Avolevan*

# THE CRIM LAW FIRM
## A PROFESSIONAL CORPORATION
4900 Travis Street
Houston, Texas 77002
www.thecrimlawfirm.com
713-807-7800 * 800-807-9360 * Fax 713-807-8852
**Houston * Dallas * Denver**

*\*Board Certified-Personal*

*Injury Trial Law*

*Martin Rueda^*

*^Of Counsel*

November 7, 2017

Harris County District Court

    Re:    Cause no.: 2017-73414; Eduardo Mercado vs. Elam Jaleel Muhammad

    In filing the Plaintiff's Original Petition and Requests for Disclosure on 10/31/2017, I failed to include the correct citation fee for the Chair of the Transportation Committee. To cover the additional amount required for the Chair of the Transportation Committee, I've paid for an additional citation and copies with this filing. Please accept this additional fee so that a citation may be issued for the Defendant.

    If you should have any questions regarding this matter, please feel free to give us a call. Thank you for your courtesy and cooperation.

                    Very truly yours,

                    **THE CRIM LAW FIRM, P.C.**

                    *Nydia S. Avolevan*

                    Nydia S. Avolevan

Unofficial Copy Office of Chris Daniel District Clerk

12/20/2017 10:51 AM
Chris Daniel - District Clerk Harris County
Envelope No. 21401708
By: Walter Eldridge
Filed: 12/20/2017 10:51 AM

# CIVIL PROCESS REQUEST

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): _____

**FILE DATE OF MOTION:** _____
                                               Month/          Day/          Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**                    [ ] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **MAIL**                    [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
  - Type of Publication:     [ ] **COURTHOUSE DOOR,  or**
  -                     [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER**, *explain* _____

********************************************************************************

****

2.  NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

    **SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**                    [ ] **CONSTABLE**
- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- [ ] **MAIL**                    [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
  - Type of Publication:     [ ] **COURTHOUSE DOOR,  or**
  -                     [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER**, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _____ TEXAS BAR NO./ID NO. _____

MAILING ADDRESS: _____

PHONE NUMBER: _____   _____   FAX NUMBER: _____   _____
                    area code          phone number                                      area code        fax number

EMAIL ADDRESS: _____

CIVIC108 Revised 8/2/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____   AMENDED PETITION
_____   SUPPLEMENTAL PETITION

COUNTERCLAIM
_____   AMENDED COUNTERCLAIM
_____   SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____   AMENDED CROSS-ACTION
_____   SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____   AMENDED THIRD-PARTY PETITION
_____   SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____   AMENDED INTERVENTION
_____   SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____   AMENDED INTERPLEADER
_____   SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
      ORDER TO:  _____
                          (specify)

      MOTION TO:  _____
                            (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Unofficial Copy Office of Chris Daniel District Clerk

CIVIC108 Revised 9/2/00



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK



ENTERED
VERIFIED

## Civil Process Pick-Up Form

### CAUSE NUMBER: __201773414____

ATY____X_____          CIV_____          COURT ___165__

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| ATTORNEY: ____Moriarty, Wade D._____   PH: 713-807-7800_____ |
| CIVIL PROCESS SERVER: _____ |
| PH: _____ |
| PERSON NOTIFIED SVC READY: ___Camile_____ |
| DATE: _12-27-2017_____ |

Type of Service Document: _Citation___      Tracking Number _73447195_____
Type of Service Document:_____      Tracking Number_____
Type of Service Document:_____      Tracking Number_____
Type of Service Document:_____      Tracking Number_____
Type of Service Document:_____      Tracking Number_____
Type of Service Document:_____      Tracking Number_____
Type of Service Document:_____      Tracking Number_____

**Process papers prepared by:** Walter Eldridge

Date: 12-_21_-2017          30 days waiting  01-_20_-2018

| | |
|---|---|
| **Process papers released to:** ___Carol Agnew___ |
| | (PRINT NAME) |
| _____ ___Carol Agnew___ |
| (CONTACT NUMBER) | (SIGNATURE) |
| **Process papers released by:** ___A. Sns___ |
| | (PRINT NAME) |
| ___A-S___ |
| | (SIGNATURE) |
| Date: _12/28/17_ ,2017  Time: _12:20_ AM / PM |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P.2

CAUSE NO.   201773414

RECEIPT NO.                          0.00        ATY
          *********               TR # 73447195

PLAINTIFF: MERCADO, EDUARDO                In The    165th
             vs.                           Judicial District Court
DEFENDANT: MUHAMMAD, ELAM JALEEL           of Harris County, Texas
                                           165TH DISTRICT COURT
                                           Houston, TX

CITATION (STATE HIGHWAY COMMISSION)  **FILED**

THE STATE OF TEXAS                         01-08-18   Chris Daniel
County of Harris                                      District Clerk

TO: MUHAMMAD, ELAM JALEEL BY SERVING CHAIR OF TEXAS TRANSPORTATION   JAN 08 2018
COMMISSION J BRUCE BUGG JR                         Time: 3:08
125 E 11TH STREET AUSTIN TEXAS 78701-2483          Harris County, Texas
FORWARD TO:                                        By_____ Deputy

417  WESTMORELAND AVENUE  LANSING  MI  78915

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

This instrument was filed on the 31st day of October, 2017, in the above cited cause number and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 21st day of December, 2017, under my hand and seal of said Court.

Issued at request of:                      CHRIS DANIEL, District Clerk
MORIARTY, WADE D.                          Harris County, Texas
4900  TRAVIS STREET                        201 Caroline, Houston, Texas 77002
HOUSTON, TX  77002                         (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 807-7800
Bar No.:  789503                           Generated By: ELDRIDGE, WALTER F   J8P//10848171

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 10:00 o'clock A .M. on the 29th day of December , 2017.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., _See Attached day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                                        Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                           _____
_____           _____ of _____ County, Texas
          Affiant                          By See Attached
                                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                           _____
                                           Notary Public

N.INT.HWY.P          *73447195*            **RECORDER'S MEMORANDUM**
                                           This instrument is of poor quality
                                           at the time of imaging

## RETURN OF SERVICE

### Cause No. 201773414

In The 165th Judicial District Court of
Harris County, Texas

EDUARDO MERCADO
    Plaintiff

V.

ELAM JALEEL MUHAMMAD
    Defendant

**F I L E D**
**Chris Daniel**
**District Clerk**

**JAN 0 8 2018**

Time: _____
Harris County, Texas
By _____
    Deputy

Came to hand on December 29, 2017, at 10:00 AM.

Executed at 125 E. 11th Street, 6th Floor, Austin, TX 78701, within the County of Travis at 11:30 AM on December 29, 2017, by delivering to the within named:

### ELAM JALEEL MUHAMMAD,

**by delivering to the Chair of the Texas Transportation Commission, by and through the Texas Department of Transportation's Office of General Counsel, by delivering to its designated agent, ALICIA RAMON-KANE, a true copy of this Citation together with Plaintiff's Original Petition and Requests for Disclosure, having first endorsed upon such copy of such process the date of delivery, and tendering the $25 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
    Thomas R. Kroll PSC-3012,
    Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared  Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this December 29, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-030577/Mercado



1/26/2018 8:47 AM
Chris Daniel - District Clerk Harris County
Envelope No. 22082039
By: Jacob Blessing
Filed: 1/26/2018 8:47 AM

CAUSE NO. 2017-73414

| | |
|---|---|
| EDUARDO MERCADO, | IN THE DISTRICT COURT |
| Plaintiff, | |
| vs. | 165TH JUDICIAL DISTRICT |
| ELAM JALEEL MUHAMMAD, | |
| Defendant. | HARRIS COUNTY, TEXAS |

## DEFENDANT, ELAM JALEEL MUHAMMAD'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ELAM JALEEL MUHAMMAD, Defendant in the above-styled and numbered cause, and files Defendant's Original Answer, and in support hereof would respectfully show unto the Court the following:

## GENERAL DENIAL

Defendant denies each and every, all and singular, material allegations made and contained in the Original Petition and any petition which Plaintiff may hereinafter file by way of amendment or supplement, and, in accordance with Texas law, demands that Plaintiff prove by a preponderance of the credible evidence each and every such allegation made and contained therein.

## JURY REQUEST

Defendant respectfully requests a jury trial.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by this suit against Defendant, that Defendant be discharged, and that the Court grant such other and further relief, both general and special, at law and in equity to which Defendant may be justly entitled.

Mercado vs. Muhammad
DEFENDANT  ELAM JALEEL MUHAMMAD'S ORIGINAL ANSWER
Our File Number: 0408347128.1

PAGE 1

Respectfully submitted,

SUSAN L. FLORENCE & ASSOCIATES


MORGAN KING
TBN:  24078834
440 Louisiana, Suite 1000
Houston, TX  77002
HoustonLegal@allstate.com
(713) 336-2827
(877) 684-4165 (fax)
ATTORNEY FOR DEFENDANT
ELAM JALEEL MUHAMMAD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance

with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 26th day of January, 2018 to:

Attorney for Plaintiff Mercado
Wade D. Moriarty
The Crim Law Firm, P.C.
4900 Travis St
Houston TX 77002


MORGAN KING

Mercado vs. Muhammad
DEFENDANT  ELAM JALEEL MUHAMMAD'S ORIGINAL ANSWER
Our File Number: 0408347128.1

PAGE 2